UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD DEVIN,** | : | CIVIL ACTION NO. |
| | : | 3:09CV00914(VLB) |
| Plaintiff, | : | |
| | : | |
| v. | : | STIPULATION OF DISMISSAL |
| | : | WITH PREJUDICE |
| | : | |
| **GC SERVICES LIMITED PARTNERSHIP,** | : | |
| | : | |
| Defendant. | : | AUGUST 20, 2009 |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.


**THE PLAINTIFF**  **THE DEFENDANT**
**RICHARD DEVIN**  **GC SERVICES LIMITED**
  **PARTNERSHIP-DELAWARE**

By:  /s/ Daniel S. Blinn    By  /s/ Jonathan D. Elliot
   Daniel Blinn, Esq.  (ct02188)      Jonathan D. Elliot (ct05762)

   Consumer Law Group, LLC       Zeldes, Needle & Cooper, PC
   35 Cold Spring Road, Suite 512   1000 Lafayette Boulevard
   Rocky Hill, CT  06067-9997      Bridgeport, CT  06604
   Tel: 860 571-0408            Tel. 203-333-9441
   Fax 860 571-7457             Fax 203-222-1489
   Email:dblinn@consumerlawgroup.com   Email: jelliot@znclaw.com

**<u>CERTIFICATION</u>**

      **I hereby certify that on this 20th day of August, 2009, a copy of foregoing Stipulation of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.**

                                                <u>/s/Daniel S. Blinn</u>
                                                **Daniel S. Blinn**